# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 15, 2023

## NO. 03-21-00281-CV

**Meritage Homes of Texas, LLC, Appellant**

**v.**

**Sophie Pouye and Cheikh Toure, Appellees**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory order signed by the trial court on June 2, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.